1 | Richard R. Barker
2 | Acting United States Attorney
  | Eastern District of Washington
3 | Ann T. Wick
4 | Assistant United States Attorney
  | Post Office Box 1494
5 | Spokane, WA 99210-1494
6 | Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 19 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

v.

ANDRES BURGOS-SILVA,

                Defendant.

2:25-CR-21-TOR

INDICTMENT

Vios: 18 U.S.C. § 2251(a), (e)
Production and Attempted Production of Child Pornography
(Counts 1-4)

18 U.S.C. § 875(c)
Interstate Communication of Threat
(Count 5)

18 U.S.C. § 875(d)
Extortion
(Counts 6-9)

18 U.S.C. § 2252A(a)(2)(A), (b)(1)
Receipt of Child Pornography
(Count 10)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 11)

INDICTMENT – 1

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on an unknown date but no later than on or about November 1, 2022, and continuing until on or about August 25, 2023, in the Eastern District of Washington, the Defendant, ANDRES BURGOS-SILVA, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce a minor child, Minor 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

INDICTMENT – 2

COUNT 2

Beginning on an unknown date but no later than on or about March 3, 2022, and continuing until on or about August 4, 2022, in the Eastern District of Washington, the Defendant, ANDRES BURGOS-SILVA, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce a minor child, Minor 2, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

Beginning on an unknown date but no later than on or about December 20, 2022, and continuing until on or about March 2, 2023, in the Eastern District of Washington, the Defendant, ANDRES BURGOS-SILVA, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade,

INDICTMENT – 3

induce, entice, and coerce a minor child, Minor 3, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 4

Beginning on an unknown date but no later than on or about March 9, 2022, and continuing until on or about October 24, 2023, in the Eastern District of Washington, the Defendant, ANDRES BURGOS-SILVA, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce a minor child, Minor 5, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; such visual depiction was produced

INDICTMENT – 4

and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; and such visual depiction was actually transported and transmitted, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 5

Beginning on an unknown date but no later than on or about November 1, 2022, and continuing until on or about August 25, 2023, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did transmit in interstate and foreign commerce a communication containing a threat to kidnap and injure the person of another, to wit: did threaten to rape Minor 1, in violation of 18 U.S.C. § 875(c.)

## COUNT 6

Beginning on an unknown date but no later than on or about November 1, 2022, and continuing until on or about August 25, 2023, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did, with the intent to extort from Minor 1, a thing of value, to wit: pictures of Minor 1 in various states of undress, transmit in interstate and foreign commerce, via the internet, a communication containing a threat to injure the reputation of Minor 1, in violation of 18 U.S.C. § 875(d.)

INDICTMENT – 5

## COUNT 7

Beginning on an unknown date but no later than on or about March 3, 2022, and continuing until on or about August 4, 2022, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did, with the intent to extort from Minor 2, a thing of value, to wit: pictures of Minor 2 in various states of undress, transmit in interstate and foreign commerce, via the internet, a communication containing a threat to injure the reputation of Minor 2, in violation of 18 U.S.C. § 875(d.)

## COUNT 8

Beginning on an unknown date but no later than on or about December 20, 2022, and continuing until on or about March 2, 2023, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did, with the intent to extort from Minor 3, a thing of value, to wit: pictures of Minor 3 in various states of undress, transmit in interstate and foreign commerce, via the internet, a communication containing a threat to injure the reputation of Minor 3, in violation of 18 U.S.C. § 875(d.)

## COUNT 9

Beginning on an unknown date but no later than on or about March 9, 2022, and continuing until on or about October 24, 2023, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did, with

INDICTMENT – 6

the intent to extort from Minor 5, a thing of value, to wit: pictures of Minor 5 in various states of undress, transmit in interstate and foreign commerce, via the internet, a communication containing a threat to injure the reputation of Minor 5, in violation of 18 U.S.C. § 875(d.)

## COUNT 10

Beginning on or about March 3, 2022, and continuing until on or about October 24, 2023, in the Eastern District of Washington and elsewhere, the Defendant, ANDRES BURGOS-SILVA, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: images depicting minor and prepubescent children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 11

On or about November 9, 2023 in the Eastern District of Washington, the Defendant, ANDRES BURGOS-SILVA, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor

INDICTMENT – 7

engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in, or affecting, or using any means and facility of interstate and foreign commerce by any means, including by computer, and which were produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of any of the child pornography charges in Counts 1-4 and 10-11 of this Indictment, the Defendant, ANDRES BURGOS-SILVA, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of

INDICTMENT – 8

such offenses, or any property traceable to such property, including but not limited to:

- An Apple iPhone 8+, Model D211AP, IMEI 354829098640604;
- An Apple iPhone 7+, Model NNQV2LL/A, IMEI 356564086588634;
- An Apple iPhone 11, Model N104AP, IMEI: 353967103182609; and
- A Silver HP Laptop, Model 14-dq2053cl, S/N: 5C2154PMM.

DATED this 19 day of February, 2025.

A TRUE BILL



*Richard R. Barker* (signature)
Richard R. Barker
Acting United States Attorney

*Ann T. Wick* (signature)
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 9